UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 15-3958-MWF(Ex)**                          Dated: **August 11, 2015**

Title:       Pamela Richardson -*v*- Ehealthinsurance Services, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                      None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

       In light of the Notice of Settlement filed August 10, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **September 21, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

       **IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk   __cw__
CIVIL - GEN