JS-6

```
                    FILED
          CLERK, U.S. DISTRICT COURT

                  9/11/2015

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      CW        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PAMELA RICHARDSON, | Case No.: 2:15-cv-03958-MWF- Ex |
| Plaintiff; | |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41(a)(1)** |
| EHEALTHINSURANCE SERVICES, INC., a Delaware corporation; | |
| Defendants. | |
| | Complaint Filed: 5/26/2015 |

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN IT'S ENTIRETY, IS DISMISSED WITH PREJUDICE.

Dated: September 11, 2015

Michael W. Fitzgerald
United States District Judge